# LEVINE & BLIT, PLLC
## Attorneys at Law

EMPIRE STATE BUILDING
350 FIFTH AVENUE - SUITE 4
NEW YORK, NY 10118
PHONE: (212) 967-3000 - FAX: (212)
www.levineblit.com

> Application denied. The Initial Pretrial Telephone Conference shall proceed as scheduled. The parties may engage in discovery and mediation simultaneously.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 14.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 22, 2022

February 18, 2022

**VIA ECF**
United States District Court
Honorable Philip M. Halpern
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Anzovino v. Wingate of Dutchess, Inc.* – No. 7:21-cv-7625
Letter Motion for an Adjournment of the Initial Conference

Dear Judge Halpern,

This firm represents the plaintiff in the above-referenced action. The undersigned submits this Letter Motion for an Adjournment of the Initial Conference with the consent of defendant's counsel. Presently, an initial conference is schedule before the Court in this matter on February 23, 2022 at 9:30 A.M. The parties request this adjournment in order to conserve the time and the resources of the parties and the Court because the parties are engaged to mediate the dispute on March 2, 2022. This is the first request for such relief. The parties are available the week of March 7, 2022 through March 11, 2022 for the initial conference.

Thank you for the Court's time and consideration of this request.

Truly yours,

LEVINE & BLIT, PLLC

Justin S. Clark