UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VALERIE ANZOVINO,

                Plaintiff,                    **ORDER**

       -against-                      21 Civ. 7625 (AEK)

WINGATE OF DUTCHESS, INC. and
WINGATE HEALTHCARE, INC.,

                Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The parties have submitted a modified proposed settlement agreement, *see* ECF No. 54, which properly addresses the issue identified in the Court's Decision and Order dated January 20, 2023, *see* ECF No. 53.  Accordingly, the Court hereby APPROVES the modified settlement agreement as fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and the legal standards set forth in ECF No. 53.

       An endorsed version of the parties' proposed stipulation and order of dismissal with prejudice, *see* ECF No. 54 at 7-8, will be docketed separately.

       The Clerk of Court is respectfully directed to close the case.

Dated: January 26, 2023
       White Plains, New York

                                        **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge